IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: FACEBOOK ACCOUNTS 100002168914095, utilized by SCOTT MICHAEL GEORGE DANIELS, and 505739875, utilized by TAYLOR MARIE DANIELS THAT ARE STORED AT THE PREMISES CONTROLLED BY FACEBOOK, INC. | MJ 20- 52 -M-KLD<br><br>ORDER |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Application and Affidavit for Search Warrant and Search Warrants filed herein, are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment by any defendant related to this search warrant and

1

service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this ~~30th~~ 1st day of ~~November~~ December, 2020.

                                                     Kathleen L. DeSoto
                                                   United States Magistrate Judge