IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| In the Matter of the Search of: | MJ 20-52-M-KLD |
|---|---|
| **Facebook accounts 100002168914095, utilized by SCOTT MICHAEL GEORGE DANIELS, and 505739875, utilized by TAYLOR MARIE DANIELS** | ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 1st day of February, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge